IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELO RODRIGUEZ,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 11-00043** |
| **v.** | : | |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION, t/d/b/a AMTRAK,** | : | |
| **Defendant.** | : | |

**O R D E R**

**AND NOW**, this 20th day of June, 2012, upon consideration of Defendant's Motion for Summary Judgment (Document No. 25, filed March 2, 2012); Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment (Document No. 26, filed March 23, 2012), and the related documents; and Defendant's Reply Memorandum of Law in Further Support of Defendant's Motion for Summary Judgment (Document No. 30, filed April 5, 2012), for the reasons set forth in the Memorandum dated June 20, 2012, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**, and **JUDGMENT IS ENTERED** in **FAVOR** of defendant, National Railroad Passenger Corporation, t/d/b/a Amtrak, and **AGAINST** plaintiff, Angelo Rodriguez.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

     /s/ Hon. Jan E. DuBois     
JAN E. DUBOIS, J.